UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                     No. C 12-5564 SI (pr)

ROBERT G. RAND,                  **ORDER OF DISMISSAL**

            Plaintiff.

_____ /

       This action was opened on October 29, 2012, when the court received from Robert G. Rand a letter concerning medical care in his prison. On that date, the court notified plaintiff in writing that his action was deficient in that he had not attached a complaint or petition and had not filed an *in forma pauperis* application. The court further notified plaintiff that this action would be dismissed if he did not submit a complaint or petition within thirty days. Plaintiff has failed to provide the court with either a complaint or petition and the deadline to do so has passed. Accordingly, this action is DISMISSED without prejudice for failure to submit a pleading showing the court has subject matter jurisdiction. The clerk shall close the file.

       IT IS SO ORDERED.

Dated: December 17, 2012                             _____

                                                                           SUSAN ILLSTON
                                                           United States District Judge