UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.  
ROBERT G. RAND,  
    Plaintiff.

No. C 12-5564 SI (pr)

**JUDGMENT**

This action is dismissed without prejudice for failure to submit a pleading showing the court has subject matter jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

Dated: December 7, 2012

_____  
SUSAN ILLSTON  
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE ROBERT G. RAND,

        Plaintiff,

v.

IN RE ROBERT G. RAND et al,

        Defendant.
_____/

Case Number: CV12-05564 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 18, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert G. Rand F-31735
Avenal State Prison
P.O. Box 900
Avenal, CA 93204

Dated: December 18, 2012

                                Richard W. Wieking, Clerk

                                *Tracy Lucero*

                                By: Tracy Lucero, Deputy Clerk